UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK POPECK, et al., )<br>         )<br>           Plaintiffs,      )<br>         )<br>v.              )    No. 1:09-cv-1412-WTL-DML<br>         )<br>JACK MEEKS, et al.,   )<br>         )<br>           Defendants.     ) | |

**Entry and Notice**

"Corporations cannot appear pro se, see *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985); *Strong Delivery Ministry Ass'n v. Bd. of Appeals of Cook County*, 543 F.2d 32, 33-34 (7th Cir. 1976), meaning that the answer filed on behalf of Global Knowledge Management, Inc. (dkt 16) is **stricken.** Global Knowledge Management, Inc. shall have through February 19, 2010, in which to appear by counsel and file an answer or other responsive pleading to the complaint.

**IT IS SO ORDERED.**

Date:  01/12/2010

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Christina L. Clark
BAKER & DANIELS - Indianapolis
christina.clark@bakerd.com

Kevin Morris Toner
BAKER & DANIELS - Indianapolis
kevin.toner@bakerd.com

JACK MEEKS
1 Whitehall Place
Anderson, IN 46011

BARBARA MEEKS
1 Whitehall Place
Anderson, IN 46011